Complete and Mail To:
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: EDUARDO CARCAMO, on behalf of himself, individually, and on behalf of all others similarly-situated v. TACOS EL POBLANITO INC. d/b/a TACOS EL POBLANITO, and DANIEL BARRIOS CASTILLO, individually,
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit entitled EDUARDO CARCAMO, on behalf of himself, individually, and on behalf of all others similarly-situated v. TACOS EL POBLANITO INC. d/b/a TACOS EL POBLANITO, and DANIEL BARRIOS CASTILLO, individually, Docket No.: __25-cv-5339__, brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the Complaint filed in this matter and/or under any Federal and/or State law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. to represent me for all purposes of this action.



Eduardo (Sep 22, 2025 22:07:52 EDT)
Signature

Eduardo Carcamo calderon
Full Legal Name (Print)

Completar y Enviar a:
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: EDUARDO CARCAMO, on behalf of himself, individually, and on behalf of all others similarly-situated v. TACOS EL POBLANITO INC. d/b/a TACOS EL POBLANITO, and DANIEL BARRIOS CASTILLO, individually,
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

### CONSENTIMIENTO PARA UNIRSE A UNA ACCIÓN COLECTIVA

Doy mi consentimiento para unirme a la demanda titulada, EDUARDO CARCAMO, on behalf of himself, individually, and on behalf of all others similarly-situated v. TACOS EL POBLANITO INC. d/b/a TACOS EL POBLANITO, and DANIEL BARRIOS CASTILLO, individually, (EDUARDO CARCAMO, en su mismo nombre, individualmente y en nombre de todos aquellos similarmente situados, v. TACOS EL POBLANITO INC. d/b/a TACOS EL POBLANITO, y DANIEL BARRIOS CASTILLO, individualmente), Docket No.: 25-cv-5339, interpuestos en virtud de la Ley de Normas Laborales Justas, la Ley de Trabajo del Estado de Nueva York, y el Código de Nueva York de las Reglas y Reglamentos.

Al firmar a continuación, declaro que soy o fui empleado de los Demandados en algún momento durante los últimos seis años. Opto por unirme a este caso en su totalidad con respecto a cualquier reclamación relacionada con salarios y horas laborales presentada en la Demanda presentada en este asunto y/o bajo cualquier ley, norma o reglamento federal y/o estatal.

Por la presente designo a Borrelli & Associates, P.L.L.C. para que me represente a todos los efectos de esta acción.



Eduardo (Sep 23, 2025 10:52:35 EDT)
Firma

Eduardo Carcamo calderon
Nombre Completo