Complete and Mail To:
BORRELLI & ASSOCIATES, P.L.L.C.
Attn: EDUARDO CARCAMO, on behalf of himself, individually, and on behalf of all others similarly-situated et al. v. TACOS EL POBLANITO INC. d/b/a TACOS EL POBLANITO, and DANIEL BARRIOS CASTILLO, individually, et al.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit entitled EDUARDO CARCAMO, on behalf of himself, individually, and on behalf of all others similarly-situated v. TACOS EL POBLANITO INC. d/b/a TACOS EL POBLANITO, and DANIEL BARRIOS CASTILLO, individually, Docket No.: 1:25-cv-05339, brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the Complaint filed in this matter and/or under any Federal and/or State law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. ("Plaintiff's Counsel") to represent me for all purposes of this action.

I also designate Eduardo Carcamo, the class representative who brought the above-referenced lawsuit, as my agent to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by Mr. Carcamo concerning attorneys' fees and costs, as well as all other matters pertaining to this lawsuit.

_____
Signature

Dan Abrai Garcia de Miguel
Full Legal Name (Print)

Completar y Enviar a:
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: EDUARDO CARCAMO, en su mismo nombre, individualmente, y en nombre de todos aquellos similarmente-situados et al. v. TACOS EL POBLANITO INC. d/b/a TACOS EL POBLANITO, y DANIEL BARRIOS CASTILLO, individualmente, et al.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENTIMIENTO PARA UNIRSE A UNA ACCIÓN COLECTIVA

Doy mi consentimiento para unirme a la demanda titulada, EDUARDO CARCAMO, en su mismo nombre, individualmente y en nombre de todos aquellos similarmente situados, v TACOS EL POBLANITO INC. d/b/a TACOS EL POBLANITO, and DANIEL BARRIOS CASTILLO, individualmente, et al., Docket No.: 1:25-cv-05339, interpuestos en virtud de la Ley de Normas Laborales Justas, la Ley de Trabajo del Estado de Nueva York, y el Código de Nueva York de las Reglas y Reglamentos.

Al firmar abajo, yo declaro que estoy actualmente o fui anteriormente empleado por los acusados en algún momento durante los seis años anteriores. Yo entro a este caso en su totalidad, con respecto a cualquier reclamo acerca de salarios en la denuncia presentada o bajo cualquier ley Federal y estatal, regla o reglamento.

Por la presente designo a Borrelli & Associates, P.L.L.C. ("Abogados de los Demandantes") que me represente a todos los efectos de esta acción.

También designo a EDUARDO CARCAMO, el representante de la clase quien trajo esta demanda, como mi agente para hacer las decisiones en mi nombre sobre la demanda y el método y la forma de llevar acabo esta demanda. Yo también declaro que he entrado en mi propio acuerdo de retención con los Abogados de los Demandantes o doy mi consentimiento de los acuerdos de retención suscritos por el Señor EDUARDO CARCAMO relativa a los honorarios de abogados y costos, y todas más cuestiones relativas a esta demanda.

_____
Firma

Dan Absai Garda de Miguel
Nombre Completo